1

2
J. DOMINIC CAMPODONICO (SBN 188035)
dcampodonico@grsm.com
3
KRISTIN A. BLOCHER (SBN 283730)
kblocher@grsm.com
4
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
5
Tel:    (415) 986-5900
Fax:    (415) 986-8054
6

7
Attorneys for Defendant
AUTOQUIP CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  COLEMAN ELLIOTT,                    )    CASE NO. 2:23-cv-02355-JAM-CKD
                                        )
13                       Plaintiff,     )    **ORDER REGARDING DISCOVERY**
                                        )    **DISPUTE PERTAINING TO LENGTH**
14      vs.                             )    **OF TIME AND SCOPE OF PHYSICAL**
                                        )    **EXAMINATION**
15  AUTOQUIP CORPORATION and DOES       )
    1-25                                )
16                                      )    Complaint filed September 5, 2023
                         Defendants.    )
17                                      )    Removed from Superior Court of San
                                        )    Joaquin County, STK-CV-UPL-2023-
18  _____ )      0009514

19          Plaintiff Coleman Elliott and Defendant Autoquip Corporation (the "Parties") filed on

20  February 20, 2025 a re-notice of motion ("Motion") for hearing date, along with the Parties'

21  accompanying Joint Statement Regarding Discovery Dispute (hereinafter, "Joint Statement").

22  The Motion and Joint Statement relate to the <u>length of time and scope</u> of the physical

23  examination scheduled to take place on February 27, 2025 at 1 p.m. pursuant to Federal Rules

24  of Civil Procedure 35.  The parties requested that the Court rule on the papers and without a

25  hearing.  Discovery closes February 28, 2025.

26          The court has reviewed the parties' Joint Statement and the relevant law.  See <u>Narayan</u>

27  <u>v. Compass Group USA, Inc.</u>, No. 2:17-cv-00999-MCE-CKD, 2019 WL 265109, *5 (noting

28  that permissible Rule 35 examination was not "overly invasive").

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

1.  The amended request regarding discovery dispute (ECF No. 22) is GRANTED;

2.  The length of Dr. Rubenstein's Independent Medical Examination ("IME") shall be no longer than four hours.  Further, the scope of the examination shall be limited to exclude examination of the following specific body parts: genital, anal, or rectal areas.

IT IS SO ORDERED.

Dated:  February 24, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**