CHRISTOPHER A. VIADRO, SBN 160260
ETHAN P. NIEDERMEYER, SBN 300244
VIADRO LAW, LLP
111 Broadway 2nd Floor
Oakland, CA 94607
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@viadrolaw.com*

ATTORNEYS FOR PLAINTIFF
COLEMAN ELLIOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEMAN ELLIOTT, | CASE NO.: 2:23-cv-02355-JAM-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (ECF No. 41)** |
| AUTOQUIP CORPORATION, | |
| Defendant. | Complaint filed September 5, 2023 |
| | Removed from Superior Court of San Joaquin County, STK-CV-UPL-2023-0009514 |

Plaintiff COLEMAN ELLIOTT and Defendant AUTOQUIP CORPORATION by and through their counsels of record, hereby request that the Court dismisses the above-entitled matter, with prejudice.

Respectfully submitted.

DATED:  May 12, 2026                    VIADRO LAW, LLP

By:      /s/ Ethan P. Niedermeyer
         Christopher A. Viadro
         Ethan P. Niedermeyer

-1-
**STIPULATION AND ORDER OF DISMISSAL**

Attorneys for Plaintiff
ELLIOTT COLEMAN

DATED:  May 12, 2026                McCARTER & ENGLISH, LLP


By:     /s/ Katherine D. Althoff
        Katherine D. Althoff
        Attorneys for Defendant
        AUTOQUIP CORPORATION


## ORDER

Based on the stipulation of the parties, the entire case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to **CLOSE** this action.

**IT IS SO ORDERED.**

Dated: May 28, 2026        _____
                           JOHN A. MENDEZ,
                           SENIOR UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER OF DISMISSAL**